**No. 48726.**—Protests 41281–K, etc., of Kaufmann Dept. Stores et al. (Pittsburgh, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 48727.**—Protests 44118–K, etc., of Collin & Gissel et al. (Galveston, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

SEPTEMBER 1, 1943

**No. 48728.**—SUIT 4419.—United States v. Schenley Import Corp. C. A. D. 251.

**No. 48729.**—SUIT 4418.—United States v. Rathjen Brothers. C. D. 659 reversed. C. A. D. 250.

**No. 48730.**—SUIT 4422.—United States v. Heemsoth-Kerner Corp. (Bauer Type Foundry, Inc.). Reap. Dec. 5722 affirmed. C. A. D. 252.

**No. 48731.**—SUIT 4423.—Balfour, Guthrie & Co. v. United States. C. D. 703 affirmed. C. A. D. 249.

BEFORE THE FIRST DIVISION, SEPTEMBER 8, 1943

**No. 48732.**—Petition 6365–R of Denver Dry Goods Co. (Denver).

Opinion by COLE, J. It appeared from the testimony that the additional duties were assessed by reason of the Government conducting an investigation, using samples furnished by the petitioner at the time of entry, which resulted in appraisement at a higher value, although at the time of entry the importer upon seeking information as to the value was informed that the Government had no knowledge of any prices other than those shown on the invoice. The court was satisfied that the entry was made without any intention to defraud the revenue of the United States, or to conceal or misrepresent the facts. Following United States v. Dow (16 Ct. Cust. Appls. 304, T. D. 42875) the petition was granted.

**No. 48733.**—Petition 6338–R of Denver Dry Goods Co. (Denver).

Opinion by COLE, J. It appeared from the testimony of the traffic manager of the petitioning company that the shipment in question was the sixth importation of linens by this concern from the same exporter and that he followed the same procedure in entering these as in the other cases, in which the values were always accepted by the appraiser. He further testified that when later informed by the customs officials that the value was too low he submitted an amended entry at